ALGONQUIN STEEL TECHNOLOGIES, INC. *v.*
CONNECTICUT COMPRESSED GAS, INC.
(SC 16101)

Norcott, Katz, Palmer, Peters and Callahan, Js.

Argued November 30, 1999—officially released January 25, 2000

*Theodore R. Tyma,* with whom was *Stephen F. Donahue,* for the appellant (defendant).

*Christopher W. Huck,* for the appellee (plaintiff).

*Opinion*

PER CURIAM. After examining the record on appeal and considering the briefs and oral arguments of the parties, we have determined that the appeal in this case

should be dismissed on the ground that certification[1] was improvidently granted.

The appeal is dismissed.

---

[1] We granted the defendant's petition for certification to appeal from the Appellate Court limited to the following issue: "Did the Appellate Court properly dismiss the defendant's appeal?" *Algonquin Steel Technologies, Inc.* v. *Connecticut Compressed Gas, Inc.*, 248 Conn. 919, 734 A.2d 565 (1999).